1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO DELGADO,<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; SAXON MORTGAGE SERVICES, INC.; and DOES 1 through 10,<br><br>    Defendants.<br>_____ | Case No. EDCV 09-725-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against SAXON MORTGAGE SERVICES, INC. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 21, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge